**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **HENRYETTA BYERLY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV-05-378-R |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner of Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Valerie K. Couch entered May 23, 2006. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety, the decision of the Commissioner of the Social Security Administration is REVERSED and this case is REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendation.

**It is so ordered this 14th day of June, 2006.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE