**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **HENRYETTA BYERLY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV-05-378-R |
| | ) |
| **JO ANNE B. BARNHART,** | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Before the Court is the Report and Recommendation [Doc. No. 30] of United States Magistrate Judge Valerie K. Couch entered August 3, 2006. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety; Plaintiff's application for an award of attorney's fees is GRANTED; and Plaintiff is AWARDED attorney's fees in the amount of $6,482.50 pursuant to 28 U.S.C. § 2412.

**It is so ordered this 25th day of August, 2006.**

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE